**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7931**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOKARI LEE BARNETT, a/k/a Corey,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:10-cr-00005-JPD-DJJ-1)

---

Submitted: February 26, 2013              Decided: March 1, 2013

---

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jokari Lee Barnett, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, David J. Perri, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jokari Lee Barnett appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006) and denying his motions to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Barnett, No. 3:10-cr-00005-JPD-DJJ-1 (N.D.W. Va. Aug. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2